IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HOMEVESTORS OF AMERICA, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.  1:22-CV-00929 |
| CEDRICK LOERA and REMODEL PRO'S | § | |
| | § | |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

## ORIGINAL COMPLAINT

Plaintiff HomeVestors of America, Inc. ("HomeVestors"), commonly known as the We Buy Ugly Houses® people, files this Complaint against Defendants Cedrick Loera and Remodel Pro's ("Defendants") for trademark infringement, trademark dilution, false designation of origin, unfair competition, injury to business reputation or trademark, and misappropriation, upon personal knowledge as to its own actions and upon information and belief as to the actions of Defendants.

## I.    PARTIES

1.    Plaintiff HomeVestors is a domestic corporation with its principal place of business in Dallas, Texas.

2.    Defendant Cedrick Loera is an individual resident of the State of Texas.  Loera may be served at 601 Provines Dr., Austin, Texas 78753-3026.

3.    Defendant Remodel Pro's is an unincorporated association doing business in the State of Texas.  Remodel Pro's may also be served at 601 Provines Dr., Austin, Texas 78753-3026.

## II.    JURISDICTION AND VENUE

4.    This is an action for trademark infringement and unfair competition arising under 15 U.S.C. §§ 1114 and 1125(a). Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338. The Court has supplemental jurisdiction over all state law claims under 28 U.S.C. § 1367.

5.    Defendants are subject to personal jurisdiction in this district because Defendants either reside in or are doing substantial business in this district. In addition, Defendants have infringed, contributed to the infringement of, and/or actively induced others to infringe HomeVestors' trademarks in this district.

6.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the claims arose in this district and one or more of the Defendants reside in this district for purposes of venue under 28 U.S.C. § 1391(c).

## III.    FACTUAL BACKGROUND

A.    **HomeVestors' Trademark Rights**

7.    HomeVestors is the largest homebuyer in the United States. Since its founding in 1996, HomeVestors' network of over 1,150 independently owned and operated franchises has purchased over 125,000 homes throughout the United States. HomeVestors' franchisees, who are located in 48 states and the District of Columbia, build businesses based on buying, rehabbing, selling, and holding residential properties.

8.    Known as the We Buy Ugly Houses® people, HomeVestors strives to make a positive impact in each of its over 175 markets. HomeVestors was listed on the 2021 Inc. 5000,

and has appeared for 12 consecutive years on the prestigious Franchise Business Review's List of Top Franchises. HomeVestors has also been regularly recognized by Entrepreneur Magazine, including as a Top Growth Franchise and placed at number 36 on its annual Franchise 500. In 2020, Franchise Times ranked HomeVestors 94th on its Top 200 Franchise Chains by Worldwide Sales.

9.    HomeVestors' franchisees often renovate the houses they purchase before selling or renting them to others.  Consequently, since at least 2000, HomeVestors has used the mark WE BUY UGLY HOUSES in connection with its franchising and real estate services.

10.    HomeVestors is also the owner of more than thirty United States Trademark Registrations for its UGLY family of marks (collectively, the "UGLY HOUSES Marks"), including:

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| WE BUY UGLY HOUSES ® | 3,099,814 (Incontestable) | IC 36.  Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services. |
| WE BUY UGLY HOUSES ® | 2,999,705 (Incontestable) | IC 36. Real estate services, namely real estate acquisition, real estate brokerage services and real estate financing services. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| WE BUY UGLY HOUSES ® | 5,467,581 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling of residential real estate.<br><br>IC 36.  Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling of residential real estate. |
|  | 2,827,136<br>(Incontestable) | IC 35. Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
|  | 2,797,429<br>(Incontestable) | IC 26.  Ornamental novelty buttons. |
|  | 2,797,374<br>(Incontestable) | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| UGLY'S OK ® | 2,794,480 (Incontestable) | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| THE UGLIEST HOUSE OF THE YEAR ® | 5,304,576 | IC 35. Organizing and promoting contests for advertising purposes; promoting the sale of services of others by conducting contests. |
|  ® | 5,304,577 | IC 35. Organizing and promoting contests for advertising purposes; promoting the sale of services of others by conducting contests. |
| THE GOOD, THE BAD AND THE UGLY ® | 3,350,752 (Incontestable) | IC 36.  Real estate services, namely, purchase, finance, acquisition and brokerage of residential real estate properties for others. |
| WE BUY THE GOOD, THE BAD AND THE UGLY ® | 3,307,918 (Incontestable) | IC 36.  Real estate services, namely purchase, finance, acquisition and brokerage of residential real estate properties. |
|  ® | 3,128,574 (Incontestable) | IC 36.  Real estate services, namely, real estate acquisition, real estate brokerage services, and real estate financing services. |
| UG BUYS UGLY HOUSES ® | 2,999,978 (Incontestable) | IC 35.  Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| UG BUYS UGLY HOUSES ® | 2,935,916 (Incontestable) | IC 36.  Real estate services, namely, real estate acquisition, real estate brokerage services, and real estate financing services. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| UGLY OPPORTUNITIES ® | 4,313,868<br>(Incontestable) | IC 35.  Franchise consulting services, namely, consultation in connection with marketing and advertising of franchise businesses, franchise lead generation, strategic franchise planning, territory management and franchise sales; concept and brand development in the field of franchising; marketing and promotion of franchise sales services; business advisory and consulting services relating to franchise sales; broker referral services in the field of franchises. |
| UG SELLS UGLY HOUSES ® | 4,786,527<br>(Incontestable) | IC 35.  Real estate sales management; sales promotion services; providing web site for investors to access properties for sale.<br>IC 36.  Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services,<br>namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing<br>services; real estate sales, namely, real estate agency services and real estate listing. |
| WE SELL UGLY HOUSES ® | 4,638,341<br><br>(Incontestable) | IC 035.  Real estate sales management; sales promotion services; providing web site for investors to access properties for sale.<br>IC 036.  Real estate services, namely, real estate<br>brokerage, and providing mortgage, title and home insurance brokerage services; real estate services,<br>namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing<br>services; real estate sales, namely, real estate agency services and real estate listing. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
|  | 4,881,433 | IC 35.  Real estate sales management; sales promotion services; providing web site for investors to access properties for sale.<br>IC 036.  Real estate services, namely real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; real estate sales, namely real estate agency services and real estate listing. |
| COMPRAMOS CASAS FEAS ® | 5,309,216 | IC 35. Real estate sales management, marketing and advertising services; sales promotion services; franchising services, namely, offering business management consultation and assistance in establishing, operating and marketing franchised businesses specializing in purchasing, financing and selling residential real estate.<br><br>IC 036. US 100 101 102. G & S: Real estate services, namely, real estate acquisition services and real estate financing services; real estate consultation, management and leasing services; real estate sales-related services, namely, real estate listing; providing a website featuring information in the field of real estate for investors to access properties for sale; providing information in the field of real estate; providing information in the field of real estate via the Internet; franchising services, namely, providing financial information and financial advice regarding the establishment, operation and marketing of franchised businesses specializing in purchasing, financing and selling residential real estate. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| #WEBUYUGLYHOUSES ® | 5,297,521 | IC 35.  Real estate sales management; sales promotion services; franchising services, namely offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate.<br>IC 36.   Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; providing a website for investors to access listings of real estate properties that are for sale. |
| I BUY UGLY HOUSES ® | 6,259,085 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate.<br>IC 36.  Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| SELL US YOUR UGLY HOUSE ® | 5,919,522 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate<br><br>IC 36. Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |

| MARK | REG. NO. | GOODS/SERVICES |
|------|----------|----------------|
| WE BUY HOUSES, THE GOOD, THE BAD AND THE UGLY ® | 5,919,520 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. <br><br> IC 36.  Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |

| MARK | REG. NO. | GOODS/SERVICES |
|------|----------|----------------|
| WE BUY HOUSES, UGLY OR NOT ® | 5,919,518 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. IC 36. Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| WE BUY UGLY HOUSES.COM® | 5,560,021 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, real estate investment, and the purchase, finance, and sale of real estate.<br><br>IC 36. Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, real estate investment, and the purchase, finance, and sale of real estate. |
| UGLY HOUSE? ® | 5,172,916 | IC 35. Real estate sales management; sales promotion services; franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate.<br><br>IC 36. Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; providing a web site for investors to access listings of real estate properties that are for sale |
| UG INVESTS.COM ® | 3,438,769<br>(Incontestable) | IC 36. Real estate services, namely, purchase, finance, and acquisition [and brokerage] of residential real estate properties |
| UG SELLS HOUSES TOO. ® | 3,263,978<br>(Incontestable) | IC 036. Real estate services, namely, purchase, finance, and acquisition [and brokerage] of residential real estate properties. |

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| SOLUTIONS FOR UGLY SITUATIONS ® | 3,188,593 (Incontestable) | IC 36. Real estate services, namely real estate acquisition, real estate brokerage services and loan financing. |
| SOLUTIONS FOR UGLY SITUATIONS ® | 3,185,390 (Incontestable) | IC 35. Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate |

11.     Among HomeVestors' federal registered UGLY HOUSES marks are WE BUY UGLY HOUSES (U.S. Reg. Nos. 2,761,385; 2,999,705; 3,099,814; 5,297,521; 5,560,021; 5,467,581), UGLY'S OK (U.S. Reg. No. 2,794,480), WE BUY THE GOOD, THE BAD AND THE UGLY (U.S. Reg. No. 3,307,918), THE GOOD, THE BAD AND THE UGLY (U.S. Reg. No. 3,350,752), UGLY OPPORTUNITIES (U.S. Reg. No. 4,313,868), UGLY HOUSE? (U.S. Reg. No. 5,172,916), WE BUY HOUSES, UGLY OR NOT (U.S. Reg. No. 5,919,518), and WE BUY HOUSES, THE GOOD, THE BAD AND THE UGLY (U.S. Reg. No. 5,919,520). *See* Certificate of Registrations attached hereto as Exhibit A and incorporated by reference.

12.     HomeVestors' registrations for the WE BUY UGLY HOUSES mark have become incontestable and constitute conclusive evidence of the validity of the mark, HomeVestors' ownership of the mark, and its exclusive right to use the mark.

13.     Only HomeVestors and its independently owned and operated licensed franchisees have the right to use the HomeVestors' UGLY HOUSES Marks.

14.     HomeVestors' franchisees advertise their real estate-related services through print media, billboards, the Internet, and on television and radio.  The annual advertising expenditures routinely exceed $85 million.

15.     As a result of the extensive advertising and sales, the UGLY HOUSES Marks enjoy significant goodwill among relevant consumers.

16.     Due to the longstanding use, extensive advertising, and widespread recognition among the consuming public, HomeVestors' WE BUY UGLY HOUSES mark, as well as HomeVestors' other UGLY HOUSES Marks, have become famous.

**B.      HomeVestors' Trade Dress**

17.     HomeVestors is the owner of trade dress consisting of a distinctive yellow and red color scheme in which the HomeVestors phone number is included in white lettering against a red stripe located at the bottom of a yellow background. These distinctive advertisements also utilize a black "painted on" font for the trademark "We Buy Ugly Houses." The same "printed on" font is used in many of HomeVestors' UGLY HOUSES Marks. Occasionally, the advertisements include the HomeVestors logo and "America's #1 Home Buyer" located above the red stripe and below the "We Buy Ugly Houses" trademark (all elements collectively referred to as "HomeVestors' Trade Dress").

18.     HomeVestors' Trade Dress is used in signage, billboards, print media and Internet advertisements and even painted on vehicles as depicted below:



19.     The use of these specific colors and layout to identify its business has created a distinctive impression with current and potential customers, and distinguishes HomeVestors' business from that of its competitors.

20.     The distinctive design of HomeVestors' Trade Dress is not functional as it is not essential to the use or purpose of the advertising nor does the design affect the cost or quality of the advertising—it is merely an ornamental arrangement of features.  It therefore constitutes protectable trade dress.

21.     Only HomeVestors and its independently owned and operated licensed franchisees have the right to use HomeVestors' Trade Dress in the United States.

22.     HomeVestors' Trade Dress is featured in the above-referenced advertising and therefore enjoys significant goodwill among relevant consumers.

## C.     Defendants' Wrongful Acts

23.     Defendants are not licensed HomeVestors franchisees, nor do they have any affiliation with HomeVestors. Consequently, Defendants are not entitled to use any of the UGLY HOUSES Marks or HomeVestors' Trade Dress to promote their real estate services.

24.     Defendants are also direct competitors with HomeVestors in the buying and selling of houses in distressed situations.

25.     Defendants have used and continue to use the UGLY HOUSES marks or similar variations and HomeVestors' Trade Dress to advertise their real estate services, including on one or more billboards as reflected below:





26.    Defendants' use of the UGLY HOUSES Marks and HomeVestors' Trade Dress to advertise their real estate services confuses and deceives consumers into believing that Defendants are affiliated with HomeVestors. Defendants' intent to confuse consumers (1) harms HomeVestors' reputation, (2) misappropriates business opportunities and profits intended for

HomeVestors and its franchisees, (3) dilutes HomeVestors' famous marks, and (4) drives up advertising costs for HomeVestors.

**D.    Defendants Have Willfully and Intentionally Infringed Upon HomeVestors' Marks and Trade Dress.**

27.    In March 2021, HomeVestors notified Defendants of their infringement.

28.    In response, Defendants ignored HomeVestors' rights and continued their infringing activities.

29.    On July 25, 2022, HomeVestors sent Defendants another letter demanding Defendants cease their infringement of HomeVestors' trademarks and trade dress.  Defendants again ignored this warning and continued with their willfully infringing activities.  As a result, HomeVestors was forced to escalate this matter to litigation.

30.    Defendants do not have a license to use HomeVestors' UGLY HOUSES Marks or HomeVestors' Trade Dress.  Defendants' actions have injured, and if permitted to continue, will irreparably injure HomeVestors, its franchisees, the HomeVestors UGLY HOUSES Marks and Trade Dress, the goodwill associated with those marks, and HomeVestors' reputation for quality services in the following ways:

(a)    Defendants have knowingly, willfully, and/or intentionally acted in a manner that is likely to cause confusion, mistake, or deception as to the source, origin, sponsorship, authorization, or affiliation of Defendants' real estate services;

(b)    Defendants have deliberately interfered with and damaged, and will continue to damage HomeVestors' relationship with customers, potential customers, and users of HomeVestors' services and other products; and

(c)    Defendants' actions have harmed HomeVestors' reputation and goodwill.

31.    HomeVestors has no adequate remedy at law for many of these injuries, and thus seeks injunctive relief to end the continuing wrongful acts of Defendants.

## IV.    CLAIMS FOR RELIEF

### COUNT I:

### Trademark and Trade Dress Infringement Under the Lanham Act, 15 U.S.C. § 1114

32.    HomeVestors realleges and incorporated by reference the allegations set forth in all proceeding paragraphs.

33.    HomeVestors is the owner of valid and subsisting U.S. registrations for the UGLY HOUSES Marks identified above.

34.    HomeVestors is the owner of the HomeVestors' Trade Dress identified above.

35.    Defendants' wrongful and unauthorized use in commerce of the UGLY HOUSES Marks and HomeVestors' Trade Dress to promote, market or sell their franchising and/or real estate services constitutes trademark and trade dress infringement under 15 U.S.C. § 1114, as it is likely to cause confusion, mistake or deception.

36.    Defendants' intentional and willful infringement of the UGLY HOUSES Marks and HomeVestors' Trade Dress has caused, and will continue to cause, damage to HomeVestors, and is causing irreparable harm to HomeVestors for which there is no adequate remedy at law. Therefore, HomeVestors is entitled to injunctive relief against Defendants.

37.    HomeVestors is entitled to recover Defendants' profits, its actual damages, and the costs of this action. HomeVestors is further entitled to recover treble damages and attorneys' fees under 15 U.S.C. § 1117, as this is an exceptional case due to Defendants' willful conduct.

### COUNT II:

### False Designation of Origin and Unfair Competition
### Under the Lanham Act, 15 U.S.C. § 1125(c)

38.    HomeVestors realleges and incorporates by reference the allegations set forth in the

preceding paragraphs.

39.    HomeVestors is the owner of valid U.S. registrations for the UGLY HOUSES Marks identified above. HomeVestors is also the owner of the HomeVestors' Trade Dress identified above.

40.    The UGLY HOUSES Marks and HomeVestors' Trade Dress are distinctive marks that are associated with HomeVestors and exclusive identify HomeVestors' business and services.

41.    Defendants have used, and continue to use, in commerce one or more words, terms, names, symbols, devices, designs and combinations thereof and/or false descriptions of origin that are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with HomeVestors and/or as to the origin, sponsorship, or approval of the services and products and commercial activities of Defendants, and thus constitute trademark and trade dress infringement, false designation of origin, and unfair competition with respect to the UGLY HOUSES Marks and the HomeVestors' Trade Dress, in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

42.    The actions of Defendants described above have at all times relevant to this action been willful and intentional.

43.    As a result of Defendants' actions, HomeVestors has been damaged and will continue to be damaged. HomeVestors is entitled to recover Defendants' profits, its actual damages, and the costs of this action. HomeVestors is further entitled to recover treble damages and attorneys' fees under 15 U.S.C. § 1117, as this is an exceptional case due to Defendants' willful conduct.

## COUNT III:

## Dilution under the Lanham Act, 15 U.S.C. § 1125

44.    HomeVestors realleges and incorporated by reference the allegations set forth in all

proceeding paragraphs.

45.     Based at least on the distinctiveness of the UGLY HOUSES Marks, the duration and extent of advertising featuring the UGLY HOUSES Marks, the geographic area in which HomeVestors franchisees advertise their real estate-related services under the UGLY HOUSES Marks, the nature of the trade channels used to market such real estate-related services under the UGLY HOUSES Marks compared to the trade channels through which Defendants' market, intend to market, or are likely to market their services, the degree of public recognition of the UGLY HOUSES Marks, and HomeVestors' numerous federal registrations for the UGLY HOUSES Marks, the UGLY HOUSES Marks have become famous, as that term is used in Section 43(c) of the Lanham Act, and have been famous for years.

46.     Defendants' actions described above, all occurring after the UGLY HOUSES Marks became famous are likely to cause dilution of the famous UGLY HOUSES Marks in violation of Section 43(c) of the Lanham Act, 15 U.S.C.A. § 1125(c).

47.     Defendants have sustained damage as a direct and proximate result of Defendants' dilution in an amount to be proven at trial.

## COUNT IV:
### Common Law Trademark and Trade Dress Infringement and Unfair Competition as to Defendants

48.     HomeVestors realleges and incorporates by reference the allegations set forth in the preceding paragraphs.

49.     Defendants' wrongful and unauthorized use in commerce of the UGLY HOUSES Marks and HomeVestors' Trade Dress to promote, market or sell their franchising and/or real estate services constitutes common law trademark and trade dress infringement, as it is likely to cause confusion, mistake or deception and unfair competition in violation of the common law of

the state of Texas.

50.     Defendants are competitors of HomeVestors and have used the UGLY HOUSES Marks and HomeVestors' Trade Dress in connection with the promotion, advertisement, and marketing of its services real estate services in an effort to exploit HomeVestors' reputation in the market.

51.     Defendants' infringing acts were intended to capitalize on HomeVestors' goodwill associated with HomeVestors' UGLY HOUSES Marks and HomeVestors' Trade Dress. HomeVestors has expended substantial time, resources, and effort to obtain an excelling reputation for the UGLY HOUSES Marks and HomeVestors' Trade Dress.  As a result of HomeVestors' efforts, Defendants are now unjustly enriched and are benefitting from property rights that rightfully belong to the HomeVestors.

52.     Defendants' intentional and willful infringement of the UGLY HOUSES Marks and HomeVestors' Trade Dress has caused, and will continue to cause, damage to HomeVestors, and is causing irreparable harm to HomeVestors for which there is no adequate remedy at law. Therefore, HomeVestors is entitled to injunctive relief against Defendants.

## COUNT V
### Injury to Business Reputation or Trademark/Trade Dress; Dilution
### Under TEX. BUS. & COM. CODE § 16.103

53.     HomeVestors realleges and incorporates by reference the allegations set forth in the preceding paragraphs.

54.     Defendants' use of the UGLY HOUSES Marks and HomeVestors' Trade Dress has injured and, unless enjoined, is likely to continue to injure HomeVestors' business reputation and/or dilute the distinctive quality of the UGLY HOUSES Marks and HomeVestors' Trade Dress in violation of TEX. BUS. & COM. CODE § 16.103.

55.     There is an association between the marks at issue due to similarity, and the association is likely to impair the distinctiveness of the UGLY HOUSES Marks and HomeVestors' Trade Dress or harm the reputation of the UGLY HOUSES Marks and HomeVestors' Trade Dress.

56.     Defendants' diluting actions have been intentional or with a reckless disregard for or willful blindness to HomeVestors' rights, such that Defendants willfully intended to injure HomeVestors' business reputation and or dilute the distinctive quality of the UGLY HOUSES marks and HomeVestors' Trade Dress.

57.     HomeVestors is entitled to injunctive and equitable relief.

## COUNT VI
## Misappropriation

58.     HomeVestors realleges and incorporates by reference the allegations set forth in the preceding paragraphs.

59.     HomeVestors developed its UGLY HOUSES Marks, HomeVestors' Trade Dress, and reputation through extensive time, skill, labor, and money. Defendants have used the UGLY HOUSES Marks, HomeVestors' Trade Dress, and reputation in competition with HomeVestors to gain a special advantage.

60.     Defendants gained a particular advantage because they were not burdened with the expense incurred by HomeVestors in developing its UGLY HOUSES Marks, HomeVestors' Trade Dress, and reputation.

61.     By their actions, Defendants have gained a financial benefit for themselves and have caused commercial damage to HomeVestors.

62.     HomeVestors has been damaged by Defendants' acts in an amount to be proven at trial. HomeVestors is also entitled to injunctive and equitable relief against Defendants.

## APPLICATION FOR PERMANENT INJUNCTION

63. HomeVestors realleges and incorporates by reference the allegations set forth in the preceding paragraphs.

64. Defendants, unless enjoined, will continue to misrepresent to or mislead the public into believing that their services are sponsored by, approved by, affiliated with, associated with, or originated by HomeVestors. Defendants will continue infringe the UGLY HOUSES Marks and HomeVestors' Trade Dress by using those marks, trade dress, or confusingly similar variations, to identify Defendants' competitive franchising and real estate services in violation of the Lanham Act.

65. These actions entitle HomeVestors to a permanent injunction, upon hearing, enjoining Defendants and their officers, agents, servants, employees, franchisees, and attorneys, and all persons in active concert or in participation with Defendants from:

    (a) Representing Defendants' services are in any way sponsored by, approved by, affiliated with, or originated by HomeVestors;

    (b) Using any of the UGLY HOUSES Marks, HomeVestors' Trade Dress, or any confusingly similar variation thereof, alone or in combination with other words, as a trademark, service mark, corporate name, trade name, name component, domain name or domain name component, source codes, trade dress, or to otherwise market, advertise, or identify Defendants' services; and

    (c) Otherwise competing unfairly with HomeVestors or injuring its business reputation in any manner.

66. For these actions, there is no adequate remedy at law. HomeVestors is therefore entitled to permanent injunctive relief against Defendants.

## PRAYER FOR RELIEF

WHEREFORE, HomeVestors respectfully prays that the Court enter judgment in its favor on each and every claim for relief set forth above and award it relief against Defendants including,

but not limited to:

(1)    Actual, treble, and exemplary damages;

(2)    In accordance with 15 U.S.C. § 1116, issue a permanent injunction enjoining Defendants and Defendants' officers, agents, servants, employees, franchisees, if any, and attorneys, and all persons in active concert or participation with Defendants from the acts described in this Complaint;

(3)    Order Defendants and Defendants' officers, agents, servants, employees, franchisees, if any, and attorneys, and all persons in active concert or participation with Defendants to identify all third parties to whom Defendants have represented an ownership, affiliation, association, or sponsorship with the UGLY HOUSES Marks or HomeVestor's Trade Dress and to whom Defendants have distributed any type of materials incorporating the UGLY HOUSES Marks or HomeVestors' Trade Dress;

(4)    Order Defendants and Defendants' officers, agents, servants, employees, franchisees, if any, and attorneys, and all persons in active concert or participation with Defendants to identify all other outdoor advertisement signs containing the UGLY HOUSES Marks or HomeVestors Trade Dress;

(5)    Order Defendants to provide an accounting of all sales, revenues, and profits related to Defendants' services that infringe the UGLY HOUSES Marks or HomeVestors' Trade Dress and that are falsely designated as being sponsored by, approved by, affiliated with, or associated with HomeVestors;

(6)    In accordance with 15 U.S.C. § 1118, order all materials in Defendants' possession or control bearing the UGLY HOUSES Marks or HomeVestors' Trade Dress be surrendered for destruction;

(7)    In accordance with 15 U.S.C. §§ 1117(a) and (d), award HomeVestors all of Defendants' profits from the aforesaid acts of trademark infringement, and unfair competition;

(8)    In accordance with 15 U.S.C. §§ 1117(b) and (c), award HomeVestors the maximum statutory damages for Defendants' counterfeiting of the UGLY HOUSES Marks and HomeVestors' Trade Dress.

(9)    In accordance with 15 U.S.C. § 1117(a), find this case to be exceptional in HomeVestors' favor and award HomeVestors its reasonable attorney's fees, costs, and expenses of this action;

(10)    Award HomeVestors its costs and pre-judgment and post-judgment interest at the maximum allowable interest rate;

(11)    Order that Defendants must file with the Court and serve on HomeVestors' counsel within 30 days after entry of the injunction, a written report, sworn under oath,

setting forth in detail the manner and form in which Defendants has complied with the injunction; and

(12)    Grant HomeVestors such other relief, at law or in equity, to which it is justly entitled.

Dated: September 14, 2022                    Respectfully submitted:

By: */s/ Justin S. Cohen*
**Justin S. Cohen**
    SBN 24078356
    Justin.Cohen@hklaw.com
**Dina W. McKenney**
    SBN 24092809
    Dina.McKenney@hklaw.com

**HOLLAND & KNIGHT LLP**
    One Arts Plaza
    1722 Routh St., Suite 1500
    Dallas, Texas 75201
    214.969.1700

*Attorneys for HomeVestors of America, Inc.*